UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR., | 1:04-cv-05823-REC-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 22), **DISMISSING ACTION, AND DIRECTING ENTRY OF JUDGMENT FOR DEFENDANT** |
| vs. | |
| TERRY MICHALSKI, | |
| Defendant. | |

Plaintiff, Frederick Jones, Sr. ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 8, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On March 31, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

1  In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.
4  Plaintiff concedes in his objections that he cannot proceed
5 with his Sixth Amendment claim because of Heck v. Humphrey.
6 However, plaintiff notes, his Complaint also alleges that the
7 denial of access to the courts is brought under the "Fourteenth
8 Amendment, including due process." Plaintiff further asserts in
9 his objections that "the nature of plaintiff's charges, race &
10 religious ethnic gender made Senior deputy Michalski deprive
11 plaintiff of his secured constitutional provision" to equal
12 protection of the laws. However, it is clear that even under
13 these theories of recovery, plaintiff's claim that defendant
14 unconstitutionally denied plaintiff access to his private
15 investigator necessarily renders plaintiff's criminal conviction
16 invalid under Heck. Therefore, plaintiff cannot proceed on this
17 claim under Section 1983 until that criminal conviction has been
18 invalidated.
19  Having carefully reviewed the entire file, the Court finds
20 the Findings and Recommendations to be supported by the record
21 and by proper analysis.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The Findings and Recommendations, filed March 8, 2006, are ADOPTED IN FULL;

3 | 2. This action is DISMISSED;

4 | 3. The Clerk of the Court is directed to enter judgment for defendant.

IT IS SO ORDERED.

**Dated:  April 18, 2006**              /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE

3